USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/13/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SALVATORE DISENSO,

Petitioner,

-against-

COMMISSIONER OF SOCIAL SECURITY,

Respondent.

26-CV-09944 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

On November 13, 2026, Petitioner filed the present action as related to case no. 25-cv-04952-MMG-BCM, which the same Petitioner filed in 2025 for review of an Administrative Law Judge's decision denying him certain social security benefits. Per the parties' stipulation, that action was remanded to the Commissioner of Social Security for further administrative proceedings. *See Salvatore Disenso v. Commissioner of Social Security*, No. 25-cv-04952-MMG-BCM, Dkt. No. 24 (March 30, 2026).

According to Petitioner, the Social Security Administration has taken no steps to comply with that Order in the intervening seven-month period, and Petitioner is left on the brink of homelessness as a result of the agency's inaction. *See* Dkt. No. 11. Petitioner seeks emergency injunctive relief to prevent that outcome. *Id.*

While the Court recognizes the need for swift administrative action to prevent a dire outcome for Petitioner, the present facts do not justify issuance of emergency *ex parte* injunctive relief without giving the Government some opportunity to respond. *See, e.g.*, *U.S. S.E.C. v. Daspin*, 557 Fed. App'x 46, 48 (2d Cir. 2014) (explaining that "the harm must be truly imminent, and not 'mere possible injury,' or 'remote and speculative' injury").

Accordingly, Respondent is ORDERED to respond to Petitioner's motion for a preliminary injunction by **Wednesday, November 18, 2026;** Petitioner's reply shall be due **Friday, November 20, 2026.**

The parties are further ORDERED to appear for a hearing on Petitioner's motion on **Monday, November 23, 2026**, at **3:30 p.m.** The hearing will take place in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007.

**Petitioner's counsel is ORDERED to promptly notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York of this order by email to:**

**Jeffrey.Oestericher@usdoj.gov, and counsel of record in the underlying case: candace.m.brown.casey@ssa.gov and padma.ghatage@ssa.gov.**

Dated: November 13, 2026
New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge